■ In the Matter of TONY L., Appellant, v LASHOUNYA L., Respondent. [826 NYS2d 212]—Order, Family Court, New York County (Helen C. Sturm, J.), entered on or about January 28, 2005, which denied without prejudice petitioner's motion for a blood test to determine whether he is the biological father of the parties' child, unanimously affirmed, without costs.

Petitioner conceded the issue of paternity, explicitly and implicitly (*see Matter of Montelone v Antia*, 60 AD2d 603 [1977]), and the evidence of the child's understanding of his paternity is uncontroverted. Therefore, petitioner was estopped from denying his paternity (*see Matter of Diana E. v Angel M.*, 20 AD3d 370 [2005]). Concur—Mazzarelli, J.P., Friedman, Sullivan, Williams and Gonzalez, JJ.